IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

V.   CIVIL ACTION NO. 2:10-cr-78

PATRICK BEASLEY   DEFENDANT

## ORDER

This matter is before the court on the defendant's motion for bond reduction (#98). After considering the motion and record in this case the court finds that the motion is well-taken and that defendant's motion should be granted.

**IT IS, THEREFORE, ORDERED** that defendant's appearance bond is reduced from twenty thousand dollars to ten thousand dollars, allowing his release on 10% cash deposited with the clerk.

**SO ORDERED AND ADJUDGED**, this, the 22nd day of July, 2010.

/s/David A. Sanders
**UNITED STATES MAGISTRATE**